O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAIK SARGISIAN | ) | CV 12-2069 RSWL (MANx) |
| Plaintiff, | ) ) ) | **ORDER TO SHOW CAUSE RE:** |
| v. | ) ) | **First Amended Complaint** |
| BANK OF AMERICA, N.A.; CHASE BANK USA a/k/a JPMORGAN CHASE BANK; CITIBANK CORPORATION; MACY'S CORPORATE SERVICES, INC.; VERIZON | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Court is in receipt of Plaintiff Gaik Sargisian's First Amended Complaint [19]. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading as a matter of course within 21 days after service of a motion under Rule 12(b). Defendant Bank of America, N.A. filed a Motion to Dismiss pursuant to Rule 12(b)(6) on April 6, 2012, however Plaintiff Gaik Sargisian did not file the First Amended Complaint until May 14, 2012.

1

1  Accordingly, the Court hereby orders Plaintiff Gaik
2  Sargisian to show cause within 5 days as to why the
3  First Amended Complaint should not be stricken for
4  failure to obtain the opposing party's written consent
5  or the Court's leave.  Fed. R. Civ. P. 15(a)(2).
6
7  DATED: May 17, 2012
8  **IT IS SO ORDERED.**
9
10                                    RONALD S.W. LEW
                                   _____
11                                 **HONORABLE RONALD S.W. LEW**
12                                 Senior, U.S. District Court Judge