O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIK SARGISIAN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A.; ) <br> CHASE BANK USA a/k/a ) <br> JPMORGAN CHASE BANK; ) <br> CITIBANK CORPORATION; ) <br> MACY'S CORPORATE SERVICES, ) <br> INC.; VERIZON ) <br> ) <br> Defendants. ) | CV 12-2069 RSWL (MANx) <br><br> **ORDER TO SHOW CAUSE RE:** <br> **First Amended Complaint** |

　　　The Court is in receipt of Plaintiff Gaik Sargisian's First Amended Complaint [19].  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading as a matter of course within 21 days after service of a motion under Rule 12(b). Defendant Bank of America, N.A. filed a Motion to Dismiss pursuant to Rule 12(b)(6) on April 6, 2012, however Plaintiff Gaik Sargisian did not file the First Amended Complaint until May 14, 2012.

1

    Accordingly, the Court hereby orders Plaintiff Gaik Sargisian to show cause within 5 days as to why the First Amended Complaint should not be stricken for failure to obtain the opposing party's written consent or the Court's leave.  Fed. R. Civ. P. 15(a)(2).

DATED: May 17, 2012

**IT IS SO ORDERED.**

                                    RONALD S.W. LEW
                                **HONORABLE RONALD S.W. LEW**
                                Senior, U.S. District Court Judge