O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIK SARGISIAN<br><br>              Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.;<br>CHASE BANK USA a/k/a<br>JPMORGAN CHASE BANK;<br>CITIBANK CORPORATION;<br>MACY'S CORPORATE SERVICES,<br>INC.; VERIZON<br><br>              Defendants. | CV 12-2069 RSWL (MANx)<br><br>**ORDER re: Defendant Bank of America, N.A.'s Motion to Dismiss [10]** |

    Presently before the Court is Defendant Bank of America N.A.'s ("Defendant") Motion to Dismiss Plaintiff Gaik Sargisian's ("Plaintiff") Complaint [10]. Because Plaintiff has not filed any Opposition, nor appeared at the scheduled hearing for the Motion, the Court **GRANTS** Defendant's Motion to Dismiss.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one days prior to the date

1 designated for hearing the motion.  C.D. Cal. L.R. 7-9.
2 Additionally, Local Rule 7-12 provides that "[t]he
3 failure to file any required paper, or the failure to
4 file it within the deadline, may be deemed consent to
5 the granting or denial of the motion."  C.D. Cal. L.R.
6 7-12.
7    The hearing on Defendant's Motion was originally
8 set for May 21, 2012.  Plaintiff's Opposition was
9 therefore due by April 30, 2012.  As of the date of
10 this Order, Plaintiff has not filed an Opposition, nor
11 appeared for the scheduled hearing on the Motion.
12 Plaintiff's failure to oppose may therefore be deemed
13 consent to the granting of Defendant's Motion.
14 Accordingly, the Court hereby **GRANTS** Defendant's Motion
15 to Dismiss with leave to amend.  Plaintiff has until
16 June 21, 2012 to file an amended complaint.
17
18 **IT IS SO ORDERED.**
19 DATED: June 6, 2012
20
21                                     _RONALD S.W. LEW_____
22                                     **HONORABLE RONALD S.W. LEW**
23                                     Senior, U.S. District Court Judge