UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-2069-JFW (MANx)**    Date: September 14, 2012

Title:    Gaik Sargisian -v- Bank of America, N.A., et al.

**DOCKET ENTRY**

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
None    None

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION

   As a result of plaintiff's failure to respond to the Court's Order to Show Cause filed September 7, 2012, this action is dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr