# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -- GENERAL

Case No.   **CV 12-2069-JFW (MANx)**                Date: September 14, 2012

Title:      Gaik Sargisian-*v*- Bank of America, N.A., et al.

_____

**DOCKET ENTRY**
_____

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                      None

**PROCEEDINGS (IN CHAMBERS):       ORDER DISMISSING ACTION**

     As a result of plaintiff's failure to respond to the Court's Order to Show Cause filed September 7, 2012, this action is dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)

     IT IS SO ORDERED.

Initials of Deputy Clerk __sr__